AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelley, Walter D., Jr. | United States District Court <br> Eastern District of Virginia | 8/19/05 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> U.S. District Judge - active | 5. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> X Initial ___ Annual ___ Final | 6. Reporting Period <br><br> 1/1/04 - 12/31/04 |
|---|---|---|

| 7. Chambers or Office Address <br> Walter Hoffman United States Courthouse <br> 600 Granby Street, Room 329 <br> Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1. | Partner | Troutman Sanders LLP |
| 2. | General Partner | Limited Partnership # 1 |
| 3. | Trustee | Trust # 1 |
| 4. | Trustee | Trust # 2 |
| 5. | Trustee | Trust # 3 |
| 6. | Trustee | Trust #4 |
| 7. | Trustee | Trust #5 |
| 8. | Manager | LLC # 1 |
| 9. | Manager | LLC # 2 |
| 10. | Manager | LLC # 3 |
| 11. | Director | Norfolk Botanical Garden Foundation |
| 12. | Director | Old Dominion University Board of Visitors |

2005 AUG 22 A 11:15 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 2001 | Troutman Sanders LLP Retirement Plans (former law firm - no control)(rolled over into independent plan in 2005) |
| 2 | 11/04 | Troutman Sanders LLP - partnership capital returned per agreement |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| 1 | 2004 | Troutman Sanders LLP - partnership distributions | $ 250,000 |
| 2 | 2004 | Regent University (teaching) | $ 1.00 |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☒ NONE (No reportable non-investment income.)

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Walter D. Kelley, Jr. | 8/19/05 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such eportable reimbursements.) | |
| 1 | Washington & Lee University Sch l of Law | October 22 - Moot Court Competition (Transportation, Meals & Room) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reporta le gifts.) | | |
| 1 | Federal Bar Association | Judicial Robe | $ 232.50 |
| 2 | Norfolk Portsmouth Bar | Gavel | $ 100.00 |
| 3 | Troutman Sanders LLP | Investit re Reception | $ 20,000.00 |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Wachovia Bank fka South Trust Bank | Unsecured Line of Credit | K |
| 2 | Merrill Lynch | Margin Loan | K |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, | | | | | | | | | |
| 1 | Trust # 5 | G | Div./Int. | P1 | T | | | | | |
| | - ML Cash Reserves | | | | | | | | | |
| 2 | - Clear Media Ltd. | | | | | Buy | 12/30 | K | | |
| 3 | - AES Corp. | | | | | Buy | 5/03 | J | | |
| 4 | - American Tower Corp. | | | | | Sell | 11/03 | J | D | |
| | - American Tower Corp. | | | | | Sell | 6/22 | J | C | |
| | - American Tower Corp. | | | | | Sell | 1/13 | J | Loss | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month/Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 5 - Autozone Inc. | | | | | Buy | 11/24 | K | | |
| 6 - Cincinnati Bell Inc. | | | | | Sell | 11/16 | J | Loss | |
| - Cincinnati Bell Inc. | | | | | Buy | 3/18 | J | | |
| - CNA Surety Corp. | | | | | Sell | 5/14 | J | B | |
| - Comcast Corp. | | | | | Sell | 8/13 | J | Loss | |
| 7 - Crown Holdings Inc. | | | | | | | | | |
| - Evergreen Res Inc. | | | | | Sell | 7/26 | J | C | |
| - Evergreen Res Inc. | | | | | Sell | 4/22 | J | C | |
| 8 - Fairfax Finl Holdings Ltd. | | | | | Buy | 10/07 | J | | |
| 9 - Gladstone Coml Corp. | | | | | Buy | 8/11 | K | | |
| - Gladstone Coml Corp. | | | | | Buy | 5/21 | J | | |
| 10 - Laidlaw Intl Inc. | | | | | Buy | 3/31 | J | | |
| - Laidlaw Intl. Inc. | | | | | Buy | 2/03 | J | | |
| 11 - Liberty Media Corp. | | | | | Sell | 9/22 | J | Loss | |
| - Liberty Media Intl | | | | | Sell | 8/17 | J | A | |
| - Liberty Media Corp. | | | | | Buy | 3/24 | K | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000

2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash Market
(See Col. C2) U=Book value V=Other W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (*Includes those of spouse and dependent children. See pp. 34-57 of Instructions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 12 - MGI Pharma Inc. | | | | | Sell | 1/22 | K | E | |
| 13 - Markel Corp. Holding Co. | | | | | Sell | 12/23 | J | B | |
| 14 - Massey Energy Co. | | | | | Sell | 11/23 | K | E | |
| 15 - Micros Sys Inc. | | | | | Sell | 11/08 | J | D | |
| - Micros Sys Inc. | | | | | Sell | 11/30 | J | D | |
| - Micros Sys Inc. | | | | | Sell | 9/9 | J | C | |
| - M cros Sys Inc. | | | | | Sell | 3/23 | J | D | |
| 16 - Pioneer Natural Resources Co. | | | | | | | | | |
| 17 - Saga Communications Inc. | | | | | | | | | |
| 18 - Waste Management Inc. | | | | | | | | | |
| 19 - Wellpo nt Inc. fka Anthem Inc. | | | | | Buy | 8/16 | K | | |
| 20 - Wells Fargo & Co. | | | | | | | | | |
| - Ha over County Wtr & Swr Bo ds | | | | | | | | | |
| - Manasas VA Municipal Bond | | | | | | | | | |
| - Virginia State Public School Authority Bond | | | | | | | | | |
| - Arlington County VA Public Improvement Bond | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
|  |  |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross Value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) |  |  |  |  |  |  |  |  |  |
| - Richmond VA Public Utility Bond |  |  |  |  |  |  |  |  |  |
| - American Capital World Growth & Income Fund |  |  |  |  | Buy | 5/17 | K |  |  |
| - American Cap Inc. Bldr. Fund |  |  |  |  | Buy | 5/17 | K |  |  |
| - American Washington Mut Investors Fund |  |  |  |  | Buy | 5/17 | K |  |  |
| - ML Basic Value Fund |  |  |  |  |  |  |  |  |  |
| - American High Income Municipal Bond Fund |  |  |  |  | Buy | 2/04 | K |  |  |
| - American New Perspective Fund |  |  |  |  |  |  |  |  |  |
| - American Small Cap World Fund |  |  |  |  |  |  |  |  |  |
| - U.S. Treasury Note |  |  |  |  | Redeem | 11/30 | J | - |  |
| - U.S. Treasury Note |  |  |  |  | Buy | 5/12 | J |  |  |
| - VHDA Bonds |  |  |  |  | Redeem | 8/02 | L | - |  |
| - VHDA Bonds |  |  |  |  | Redeem | 7/01 | L | - |  |
| - VHDA Bonds |  |  |  |  | Redeem | 5/03 | J | Loss |  |
| - Richmond VA Public Utility Bond |  |  |  |  | Redeem | 8/12 | J |  |  |
| - Fairfax Cty EDA Bonds |  |  |  |  | Redeem | 5/17 | K | - |  |
| - Fairfax Cty EDA Bonds |  |  |  |  | Redeem | 5/17 | L | B |  |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| - Loudoun Co. Water & Sewer Bonds | | | | | Redeem | 1/02 | K | | |
| **TRUST # 2** | F | Div./Int. | P1 | | | | | | |
| - ML Cash Reserves | | | | | | | | | |
| - Fo d Mot r Credit Bonds | | | | | Redeem | 2/20 | K | • | |
| - GMAC Bonds | | | | | | | | | |
| - Virginia Beach VA Development Authority Health Care Bond | | | | | | | | | |
| - Richmond VA Metropolitan Authority Expressway Bond | | | | | | | | | |
| - Norfolk IDA Bond | | | | | | | | | |
| - Henrico Co. Municipal Bo d | | | | | | | | | |
| - Newpo t News Municipal Bond | | | | | | | | | |
| - Virginia State Public Sc o l Authority Bond | | | | | | | | | |
| - Virginia State Public Bld . Bond | | | | | | | | | |
| - Virginia Multi Family Hous ng Bond | | | | | | | | | |
| - Fairfax County Public Improvement Bond | | | | | | | | | |
| - Virginia State Public Bldg. Authority Bond | | | | | | | | | |
| - Richmond Municipal Bond | | | | | | | | | |
| - Virgi ia Po t Authority Bond | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col (C2))  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period (1) Amt. Code1 (A-H) | B (2) Type (e.g. div., rent or int) | C Gross value at end of reporting period (1) Value Code2 (J-P) | C (2) Value Method Code (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D (2) Date Month-Day | D (3) Value Code2 (J-P) | D (4) Gain Code1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| - AMB Property Corp. (REIT) | | | | | | | | | |
| - Hospitality PPTYS Trust (REIT) | | | | | | | | | |
| - Pepco Holdings Inc. Common Stock | | | | | | | | | |
| - Pub. Svc. Enterprise Group Common Stock | | | | | | | | | |
| - SouthTrust Corp. Common Stock | | | | | | | | | |
| - American Cap. Bldr. Fund | | | | | | | | | |
| - American High Income Municipal Bond Fund | | | | | | | | | |
| - Archstone Smith Trust (REIT) | | | | | Buy | 4/27 | K | | |
| - Vornado Realty Trust (REIT) | | | | | Buy | 4/27 | K | | |
| | | | | | | | | | |
| **TRUST # 3** | E | Div./Int. | P1 | T | | | | | |
| - ML Cash Reserves | | | | | | | | | |
| - American Capital World | | | | | | | | | |
| - American Euro Pacific Growth Fund | | | | | | | | | |
| - American Small Cap Fund | | | | | | | | | |
| - American Fundamental Income Fund | | | | | | | | | |
| - American New Perspective Fund | | | | | | | | | |
| **BROKERAGE ACCOUNT #1** | A | Div./Int. | L | T | | | | | |

Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
|  |  |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) |  |  |  |  |  |  |  |  |  |
| - ML Cash Reserves |  |  |  |  |  |  |  |  |  |
| - American Tower Corp. Common Stock |  |  |  |  | Sell | 11/04 | J | C |  |
| - AES Corp. Common Stock |  |  |  |  |  |  |  |  |  |
| - Crown Holdings Inc. Common Stock |  |  |  |  |  |  |  |  |  |
| - Cincinnati Bell Inc. Common Stock |  |  |  |  |  |  |  |  |  |
| - Massey Energy Co. Common Stock |  |  |  |  |  |  |  |  |  |
| - MGI Pharma Inc. Common Stock |  |  |  |  | Sell | 11/04 | K | B |  |
| - Markel Corp. Common Stock |  |  |  |  |  |  |  |  |  |
| - Mercantile Bank Shares Common Stock |  |  |  |  |  |  |  |  |  |
| - Micros Systems Inc. Common Stock |  |  |  |  | Sell | 11/04 | J | D |  |
| - Micros Systems Inc. Common Stock |  |  |  |  | Sell | 11/04 | J | D |  |
| - Pioneer Natural Res. Common Stock |  |  |  |  |  |  |  |  |  |
| - PMA Capital Corp. Common Stock |  |  |  |  |  |  |  |  |  |
| - Waste Management Inc. Common Stock |  |  |  |  |  |  |  |  |  |
| 21 **401(k) #1** | E | Div./Int. | P1 | T |  |  |  |  |  |
| 22 - AES Corp. |  |  |  |  |  |  |  |  |  |
| 23 - American Tower Corp. |  |  |  |  | Sell | 11/03 | K | D |  |
| - American Tower Corp. |  |  |  |  | Sell | 4/26 | J | C |  |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 8 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| - American Tower Corp. | | | | | Sell | 1/12 | K | C | |
| 24 - Autozone Inc. | | | | | Buy | 11/24 | L | | |
| - Cardinal Finl Group | | | | | Sell | 6/2 | J | A | |
| - Cardinal Finl Group | | | | | Sell | 5/14 | J | A | |
| - Cardinal Finl Group | | | | | Merger | 4/01 | | | |
| - Cardinal Finl Group | | | | | Merger | 4/15 | | | |
| 25 - Cincinnati Bell Inc. | | | | | | | | | |
| - Citizens Communication Co. | | | | | Sell | 8/20 | K | Loss | |
| - Citizens Communications Co. | | | | | Buy | 6/29 | K | | |
| 26 - Clear Media Limited | | | | | Buy | 8/31 | K | | |
| - Comcast Corp. | | | | | Sell | 8/13 | K | C | |
| - Comcast Corp. | | | | | Buy | 2/17 | K | | |
| 27 - Crown Hldg Inc. | | | | | | | | | |
| 28 - Fairfax Finl Hldg Ltd. | | | | | Buy | 10/07 | J | | |
| - Fairfax Finl Hldg Ltd. | | | | | Buy | 8/31 | K | | |
| 29 - Gladstone Coml Corp. | | | | | Buy | 8/11 | K | | |
| - Gladstone Coml Corp. | | | | | Buy | 5/13 | J | | |
| - Host Marriott Finl | | | | | Sell | 4/02 | K | B | |

Income Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 9 INVESTMENTS and TRUSTS – income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period (if not exempt from disclosure) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month/Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 30 | - IPC Holdings Ltd. | | | | | Sell | 1/21 | K | B | |
| 31 | - Laidlaw Intl Inc. | | | | | Buy | 3/29 | K | | |
| | - Laidlaw Intl Inc. | | | | | Buy | 2/03 | K | | |
| 32 | - Liberty Media Corp. | | | | | Sell | 9/22 | J | Loss | |
| | - Liberty Media Corp. | | | | | Buy | 3/24 | K | | |
| | - Liberty Media Intl. | | | | | Sell | 8/17 | J | A | |
| 33 | - MGI Pharma Inc. | | | | | Sell | 3/15 | K | D | |
| 34 | - Markel Corp. Hldg Co. | | | | | | | | | |
| 35 | - Massey Energy Co. | | | | | Sell | 11/23 | K | D | |
| 36 | - Micros Sys Inc. | | | | | Sell | 11/03 | K | D | |
| | - Micros Sys Inc. | | | | | Sell | 11/ 0 | K | D | |
| | - Micros Sys Inc. | | | | | Sell | 3/23 | K | B | |
| | - Micros Sys Inc. | | | | | Sell | 1/22 | J | B | |
| 37 | - PMA Cap Corp. | | | | | Buy | 1/05 | J | | |
| 38 | - Pioneer Natural Resources Co. | | | | | | | | | |
| 39 | - Precision Auto Care Inc. | | | | | | | | | |
| 40 | - Saga Communications Inc. | | | | | | | | | |
| 41 | - Wachovia Corp. (fka Southtrust Corp.) | | | | | Merger | 11/01 | | | |

1. Income/Gain Codes: (See Col. B1, D4) A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3) J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: (See Col. C2) Q=Appraisal  U=Book value  R=Cost (real estate only)  V=Other  S=Assessment  W=Estimated  T=Cash/Market

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 42 - Waste Management Inc. | | | | | | | | | |
| 43 - Wellpoint Inc. (fka Anthem) | | | | | Buy | 8/16 | K | | |
| 44 - Wells Fargo & Co. | | | | | | | | | |
| 45 **LIMITED PARTNERSHIP # 1** | D | Div./Int. | M | T | | | | | |
| 46 - Dominion Res Inc. | | | | | | | | | |
| 47 - First Industrial Realty Trust | | | | | | | | | |
| 48 - Mills Corp. | | | | | | | | | |
| 49 - Precision Auto Care Inc. | | | | | | | | | |
| 50 - Horizon Group | | | | | Sell | 10/26 | J | A | |
| 51 - Growth Fund Amer Inc. | | | | | Sell | 10/26 | K | B | |
| - Note Receivable (from American Recovery Services, LLC) | | | | | | | | | |
| **LLC #2** | | | | | | | | | |
| SouthTrust Bank Account | A | Int. | J | T | | | | | |
| - Note Receivable (American Recovery Services) | A | Int. | J | U | | | | | |
| **LLC # 1** | | | | | | | | | |
| - Accounts Receivable | | None | M | U | | | | | |
| - Note Receivable (William C. McKnew) | | | M | U | | | | | |
| **LLC # 3** | | | | | | | | | |

1 Income Gain Codes: A=$1,000 or less  H=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2 Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3 Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting | Date of Report

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | If not exempt from disclosure (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| - SouthTrust Bank Account | A | Int. | J | T | | | | | |
| - Note Receivable (KMK Factoring, LLC) | A | Int. | J | T | | | | | |
| TRUST # 1 | A | Int. | J | T | | | | | |
| - SouthTrust Bank | A | Int. | B | T | | | | | |
| - Prudential Whole Life Policy | D | Div. | M | T | | | | | |
| - Mass Mutual Whole Life Policy | D | Div. | M | T | | | | | |
| IRA # 1 | A | Div./Int. | L | T | | | | | |
| - ML Cash Reserves | | | | | | | | | |
| - American Euro Pacific Growth Fund | | | | | | | | | |
| - American Small Cap World Fund | | | | | | | | | |
| - American Growth Fund | | | | | | | | | |
| - ML Basic Value Fund | | | | | | | | | |
| - ML Focus Value Fund | | | | | | | | | |
| IRA # 2 | A | Div./Int. | J | T | | | | | |
| - ML Cash Reserves | | | | | | | | | |
| - ML Basic Value Fund | | | | | | | | | |
| - ML Eurofund | | | | | | | | | |
| - ML Fundamental Growth Fund | | | | | | | | | |

1. Income Gain Codes: (See Col. B1, D4) A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3) J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000

3. Value Method Codes: (See Col. C2) Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book value V=Other W=Estimated

## VII. Page 12  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of*
*spouse and dependent children. See pp. 54-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identify of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE**  (No reportable income, assets, or transactions) |  |  |  |  |  |  |  |  |  |
| 63   - ML Intl Value Fund |  |  |  |  |  |  |  |  |  |
| 64   - ML Large Cap Core Fund |  |  |  |  |  |  |  |  |  |
| 65   - ML Pacific Fund |  |  |  |  |  |  |  |  |  |
| 66   - ML Small Cap Growth Fund |  |  |  |  |  |  |  |  |  |
| 67   - ML Value Opp Fund |  |  |  |  |  |  |  |  |  |
| 68   - ML Bond Fund High Inc. |  |  |  |  |  |  |  |  |  |
| - ML Bond Fund Core Bond |  |  |  |  |  |  |  |  |  |
| - ML Low Duration Fund |  |  |  |  |  |  |  |  |  |
| - Retirement Reserves CL |  |  |  |  |  |  |  |  |  |
| - ML Intl Equity Fund |  |  |  |  |  |  |  |  |  |
| - ML Small Cap Value Fund |  |  |  |  |  |  |  |  |  |
| **401(k) # 2** |  |  |  |  |  |  |  |  |  |
| - Wachovia Bank | A | Int. | L | T |  |  |  |  |  |
| **TRUST # 4** | B | Div./Int. | M | T |  |  |  |  |  |
| - ML Cash Reserves |  |  |  |  |  |  |  |  |  |
| - Putnam Mid Cap Value Fund |  |  |  |  |  |  |  |  |  |
| - Putnam International Equity Fund |  |  |  |  |  |  |  |  |  |
| - Putnam Growth Opps. Fund |  |  |  |  |  |  |  |  |  |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. Page 13 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | a(1) Value Code2 (J-P) | a(2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| - Putnam Income Fund | | | | | | | | | |
| 401(k) # 3 | A | Div./Int. | K | T | | | | | |
| - Vanguard Wellesley Income Fund | | | | | | | | | |
| - Vanguard 500 Index | | | | | | | | | |
| - Vanguard Small-Cap Index Fund | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

Date **8/19/05**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544